# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Creswell, Bessie M. | U.S. Bankruptcy Court, Middle District of Alabama | 06/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Full Time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

Frank M. Johnson U.S. Federal Courthouse
One Church Street
Montgomery, Alabama 36104

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board | Alabama Bankruptcy Assistance Project |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK CASH ACCOUNTS | A | Interest | J | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. - TD AMERITRADE CASH ACCOUNTS (X) | A | Interest | J | T | | | | | |
| 4. - AMAZON.COM INC COM | | None | K | T | | | | | |
| 5. - CORNERSTONE STRATEGIC VALUE COM | A | Dividend | | | Sold | 4/9/2020 | J | | |
| 6. - PAYPAL HLDGS INC COM | | None | K | T | | | | | |
| 7. - ROYAL DUTCH SHELL ADR SPONSORED | A | Dividend | J | T | | | | | |
| 8. - SPDR GOLD TR GOLD SHS | | None | K | T | | | | | |
| 9. - TESLA INC COM | | None | | | Sold (partial) | 1/13/2020 | J | B | |
| 10. | | | | | Sold | 2/3/2020 | J | C | |
| 11. - APPLE INC COM | A | Dividend | K | T | Buy | 8/31/2020 | J | | |
| 12. | | | | | Buy (add'l) | 10/28/2020 | J | | |
| 13. | | | | | Buy (add'l) | 11/24/2020 | J | | |
| 14. - ALASKA AIR GROUP INC COM | | None | | | Buy | 6/10/2020 | J | | |
| 15. | | | | | Buy (add'l) | 6/11/2020 | J | | |
| 16. | | | | | Sold | 9/21/2020 | J | | |
| 17. - ADVANCED MICRO DEVICES INC COM | | None | | | Buy | 2/24/2020 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 8/24/2020 | J | B | |
| 19. - CCL Apr 17 2020 25.0 Put (X) | | None | | | Sold | 3/5/2020 | J | A | |
| 20. - CRM Dec 18 2020 240.0 Call | | None | | | Buy | 12/2/2020 | J | | |
| 21. | | | | | Buy (add'l) | 12/3/2020 | J | | |
| 22. | | | | | Expired | 12/18/2020 | | | |
| 23. - CRISPR THERAPEUTICS AG COM | | None | | | Buy | 2/24/2020 | J | | |
| 24. | | | | | Sold | 11/23/2020 | J | C | |
| 25. - CRSP Apr 17 2020 70.0 Call (X) | | None | | | Sold | 2/28/2020 | J | A | |
| 26. - DAL Apr 17 2020 45.0 Put (X) | | None | | | Sold | 3/5/2020 | J | A | |
| 27. - GLD Apr 17 2020 165.0 Call (X) | | None | | | Sold | 2/27/2020 | J | A | |
| 28. | | | | | Sold | 3/3/2020 | J | A | |
| 29. - PYPL Apr 17 2020 115.0 Call (Y) | | None | | | Buy | 3/13/2020 | J | | |
| 30. | | | | | Sold | 3/13/2020 | J | A | |
| 31. | | | | | Buy | 3/16/2020 | J | | |
| 32. - PYPL Aug 21 2020 200.0 Call | | None | | | Buy | 7/23/2020 | J | | |
| 33. | | | | | Sold | 7/28/2020 | J | A | |
| 34. | | | | | Buy | 7/28/2020 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 7/29/2020 | J | A | |
| 36. - PYPL Dec 18 2020 210.0 Call | None | | | | Buy | 11/13/2020 | J | | |
| 37. | | | | | Sold | 11/16/2020 | J | B | |
| 38. | | | | | Buy | 11/17/2020 | J | | |
| 39. | | | | | Sold | 11/23/2020 | J | A | |
| 40. - PYPL Jul 17 2020 180.0 Call (Y) | None | | | | Buy | 7/13/2020 | J | | |
| 41. - PYPL May 15 2020 115.0 Call (X) | None | | | | Sold | 4/6/2020 | J | A | |
| 42. - PYPL Sep 18 2020 210.0 Call | None | | | | Buy | 9/4/2020 | J | | |
| 43. | | | | | Sold | 9/4/2020 | J | A | |
| 44. - PYPL Sep 18 2020 220.0 Call | None | | | | Buy | 8/10/2020 | J | | |
| 45. | | | | | Buy (add'l) | 8/11/2020 | J | | |
| 46. | | | | | Buy (add'l) | 8/24/2020 | J | | |
| 47. | | | | | Sold | 8/26/2020 | J | B | |
| 48. | | | | | Buy | 9/3/2020 | J | | |
| 49. | | | | | Sold | 9/3/2020 | J | A | |
| 50. - SBUX Jun 19 2020 80.0 Call | None | | | | Buy | 5/13/2020 | J | | |
| 51. | | | | | Sold | 5/18/2020 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - ISHARES SILVER TRUST ISHARES ETF | | None | | | Buy | 3/12/2020 | J | | |
| 53. | | | | | Buy (add'l) | 6/11/2020 | J | | |
| 54. | | | | | Sold (partial) | 7/8/2020 | J | A | |
| 55. | | | | | Sold | 7/21/2020 | J | A | |
| 56. - SNAP INC COM CL A | | None | | | Buy | 2/4/2020 | J | | |
| 57. | | | | | Sold | 4/30/2020 | J | A | |
| 58. - SLACK TECHNOLOGIES INC COM CL A | | None | | | Buy | 1/14/2020 | J | | |
| 59. | | | | | Sold | 2/10/2020 | J | A | |
| 60. IRA #2 (H) | | | | | | | | | |
| 61. - TD AMERITRADE CASH ACCOUNTS (X) | A | Interest | L | T | | | | | |
| 62. - APPLE INC COM | A | Dividend | K | T | Buy | 6/11/2020 | K | | |
| 63. - AAPL Sep 18 2020 150.0 Call | | None | | | Buy | 8/31/2020 | J | | |
| 64. | | | | | Sold | 9/1/2020 | J | A | |
| 65. - ADVANCED MICRO DEVICES INC (AMD) | | None | | | Buy | 6/3/2020 | J | | |
| 66. | | | | | Sold | 12/21/2020 | J | C | |
| 67. - AMD Jul 17 2020 55.0 Call | | None | | | Buy | 6/4/2020 | J | | |
| 68. | | | | | Sold | 6/9/2020 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - AMD Jun 19 2020 55.0 Call | | None | | | Buy | 5/27/2020 | J | | |
| 70. | | | | | Sold | 5/28/2020 | J | A | |
| 71. - AMERICAN EXPRESS CO (AXP) | A | Dividend | | | Buy | 5/19/2020 | J | | |
| 72. | | | | | Sold | 11/23/2020 | J | B | |
| 73. - AXP Sep 18 2020 100.0 Put | | None | | | Buy | 8/27/2020 | J | | |
| 74. | | | | | Expired | 9/18/2020 | | | |
| 75. - ALIBABA GROUP HOLDING LTD (BABA) | | None | | | Buy | 7/22/2020 | K | | |
| 76. | | | | | Sold (partial) | 12/2/2020 | J | A | |
| 77. | | | | | Sold | 12/2/2020 | K | A | |
| 78. - BABA Nov 20 2020 300.0 Call (X) | | None | | | Sold | 10/1/2020 | J | B | |
| 79. - BABA Sep 18 2020 280.0 Call (Y) | | None | | | Buy | 8/25/2020 | J | | |
| 80. - BYND Jul 17 2020 150.0 Call | | None | | | Buy | 5/27/2020 | J | | |
| 81. | | | | | Sold | 5/27/2020 | J | A | |
| 82. - BYND May 15 2020 100.0 Call | | None | | | Buy | 3/26/2020 | J | | |
| 83. | | | | | Sold | 4/14/2020 | J | A | |
| 84. - CATERPILLAR INC (CAT) | A | Dividend | | | Buy | 7/9/2020 | J | | |
| 85. | | | | | Sold | 9/21/2020 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - CORNERSTONE STRATEGIC VALUE COM (CLM) | A | Dividend | | | Sold | 3/26/2020 | J | | |
| 87. | | | | | Buy | 5/12/2020 | J | | |
| 88. | | | | | Sold | 6/3/2020 | J | A | |
| 89. - CRM Jan 15 2021 250.0 Call | | None | J | T | Buy | 12/2/2020 | J | | |
| 90. | | | | | Buy (add'l) | 12/2/2020 | J | | |
| 91. - CRM Sep 18 2020 270.0 Put | | None | | | Buy | 8/26/2020 | J | | |
| 92. | | | | | Sold | 9/1/2020 | J | | |
| 93. - CISCO SYSTEMS INC COM (CSCO) | A | Dividend | J | T | Buy | 8/17/2020 | J | | |
| 94. | | | | | Buy (add'l) | 9/21/2020 | J | | |
| 95. - CSX CORP (CSX) | A | Dividend | | | Buy | 7/15/2020 | J | | |
| 96. | | | | | Sold | 9/21/2020 | K | B | |
| 97. - DELTA AIR LINES INC (DAL) | | None | | | Buy | 5/14/2020 | J | | |
| 98. | | | | | Sold (partial) | 5/18/2020 | J | A | |
| 99. | | | | | Sold | 7/20/2020 | J | B | |
| 100. - DAL Jul 17 2020 40.0 Call | | None | | | Buy | 6/9/2020 | J | | |
| 101. | | | | | Buy (add'l) | 6/10/2020 | J | | |
| 102. | | | | | Buy (add'l) | 6/17/2020 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 6/22/2020 | J | | |
| 104.  - DRAFTKINGS INC COM CL A (DKNG) | | None | J | T | Buy | 5/12/2020 | J | | |
| 105.  - DKNG Jul 17 2020 45.0 Call | | None | | | Buy | 6/22/2020 | J | | |
| 106. | | | | | Expired | 7/17/2020 | | | |
| 107.  - DKNG Jul 17 2020 50.0 Call | | None | | | Buy | 6/4/2020 | J | | |
| 108. | | | | | Buy (add'l) | 6/16/2020 | J | | |
| 109. | | | | | Sold | 6/18/2020 | J | A | |
| 110.  - DODGE AND COX FUNDS INTL STK FD (DODFX) | | None | | | Sold | 3/13/2020 | J | B | |
| 111.  - EBAY INC (EBAY) | A | Dividend | | | Buy | 5/14/2020 | J | | |
| 112. | | | | | Sold | 6/4/2020 | J | B | |
| 113.  - GENERAL ELECTRIC CO (GE) | | None | | | Buy | 5/12/2020 | J | | |
| 114. | | | | | Sold | 5/26/2020 | J | A | |
| 115.  - GENERAL MILLS INC COM (GIS) | A | Dividend | K | T | Buy | 6/16/2020 | J | | |
| 116. | | | | | Buy (add'l) | 11/24/2020 | J | | |
| 117.  - GLD Apr 17 2020 165.0 Call | | None | | | Buy | 2/25/2020 | J | | |
| 118. | | | | | Sold | 2/27/2020 | J | A | |
| 119.  - GLD Apr 17 2020 165.0 Call (X) | | None | | | Sold | 3/3/2020 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - GLD Sep 18 2020 200.0 Call | | | | | Buy | 8/19/2020 | J | | |
| 121. | | | | | Expired | 9/18/2020 | | | |
| 122.  - WORLD GOLD TRUST SPDR GLD MINIS ETF (GLDM) | None | J | T | | Buy | 7/23/2020 | J | | |
| 123.  - HD Jul 17 2020 300.0 Call (Y) | None | | | | Buy | 5/18/2020 | J | | |
| 124.  - HARMONY GOLD MNG LTD S (HMY) | None | K | T | | Buy | 2/11/2020 | J | | |
| 125. | | | | | Sold | 2/19/2020 | J | A | |
| 126. | | | | | Buy | 5/26/2020 | J | | |
| 127. | | | | | Buy (add'l) | 6/3/2020 | J | | |
| 128. | | | | | Buy (add'l) | 6/16/2020 | J | | |
| 129. | | | | | Sold | 6/22/2020 | K | B | |
| 130. | | | | | Buy | 7/21/2020 | J | | |
| 131. | | | | | Buy (add'l) | 9/11/2020 | J | | |
| 132. | | | | | Buy (add'l) | 9/23/2020 | J | | |
| 133. | | | | | Buy (add'l) | 10/26/2020 | J | | |
| 134. | | | | | Buy (add'l) | 10/28/2020 | J | | |
| 135. | | | | | Buy (add'l) | 11/11/2020 | J | | |
| 136.  - NORDSTROM INC (JWN) | None | | | | Buy | 6/9/2020 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy (add'l) | 6/10/2020 | J | | |
| 138. | | | | | Buy (add'l) | 6/30/2020 | J | | |
| 139. | | | | | Buy (add'l) | 7/30/2020 | J | | |
| 140. | | | | | Sold | 8/11/2020 | K | A | |
| 141. - KROGER CO COM (KR) | A | Dividend | J | T | Buy | 3/18/2020 | J | | |
| 142. | | | | | Buy (add'l) | 5/12/2020 | J | | |
| 143. - LOWES COS INC (LOW) | A | Dividend | | | Buy | 5/18/2020 | J | | |
| 144. | | | | | Sold | 8/24/2020 | J | C | |
| 145. - LOW Jun 19 2020 125.0 Call | | None | | | Buy | 5/18/2020 | J | | |
| 146. | | | | | Sold | 5/26/2020 | J | A | |
| 147. - MARRIOTT INTERNATIONAL INC (MAR) | | None | | | Buy | 5/12/2020 | K | | |
| 148. | | | | | Buy (add'l) | 5/13/2020 | J | | |
| 149. | | | | | Sold (partial) | 7/20/2020 | K | B | |
| 150. | | | | | Buy (add'l) | 7/27/2020 | J | | |
| 151. | | | | | Sold | 8/24/2020 | K | B | |
| 152. - MAR Sep 18 2020 105.0 Put | | None | | | Buy | 8/28/2020 | J | | |
| 153. | | | | | Sold | 9/11/2020 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - MICRON TECHNOLOGY INC (MU) | | None | | | Buy | 5/12/2020 | J | | |
| 155. | | | | | Buy (add'l) | 6/11/2020 | J | | |
| 156. | | | | | Buy (add'l) | 6/29/2020 | J | | |
| 157. | | | | | Buy (add'l) | 8/6/2020 | J | | |
| 158. | | | | | Buy (add'l) | 8/13/2020 | J | | |
| 159. | | | | | Sold | 12/21/2020 | K | D | |
| 160.  - MU Aug 21 2020 55.0 Call | | None | | | Buy | 7/7/2020 | J | | |
| 161. | | | | | Sold | 7/9/2020 | J | A | |
| 162.  - MU Jul 17 2020 50.0 Call | | None | | | Buy | 5/28/2020 | J | | |
| 163. | | | | | Buy (add'l) | 5/28/2020 | J | | |
| 164. | | | | | Sold | 6/3/2020 | J | B | |
| 165.  - MU Jun 19 2020 49.0 Call | | None | | | Buy | 5/15/2020 | J | | |
| 166. | | | | | Sold | 5/18/2020 | J | A | |
| 167.  - MU Jun 19 2020 54.0 Call | | None | | | Buy | 6/9/2020 | J | | |
| 168. | | | | | Buy (add'l) | 6/10/2020 | J | | |
| 169. | | | | | Buy (add'l) | 6/11/2020 | J | | |
| 170. | | | | | Expired | 6/19/2020 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - MU Nov 20 2020 55.0 Call (X) | | None | | | Sold | 10/20/2020 | J | A | |
| 172.  - NEWMONT CORPORATION (NEM) | | None | | | Buy | 7/23/2020 | J | | |
| 173. | | | | | Sold | 8/4/2020 | J | A | |
| 174.  - NIKOLA CORPORATION (NKLA) | | None | | | Buy | 6/8/2020 | J | | |
| 175. | | | | | Sold | 6/16/2020 | J | B | |
| 176.  - NVDA Jun 19 2020 425.0 Call | | None | | | Buy | 5/21/2020 | J | | |
| 177. | | | | | Sold | 5/22/2020 | J | | |
| 178.  - PAYPAL HOLDINGS INC COM (PYPL) | | None | K | T | Buy | 7/16/2020 | K | | |
| 179.  - PYPL Aug 21 2020 200.0 Call | | None | | | Buy | 6/29/2020 | J | | |
| 180. | | | | | Buy (add'l) | 7/6/2020 | J | | |
| 181. | | | | | Sold (partial) | 7/6/2020 | J | B | |
| 182. | | | | | Sold | 7/8/2020 | J | A | |
| 183. | | | | | Buy | 7/15/2020 | J | | |
| 184. | | | | | Buy (add'l) | 7/23/2020 | J | | |
| 185. | | | | | Sold (partial) | 7/29/2020 | J | A | |
| 186. | | | | | Sold | 7/30/2020 | J | B | |
| 187.  - PYPL Aug 21 2020 210.0 Call | | None | | | Buy | 7/10/2020 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 7/10/2020 | J | | |
| 189. | | | | | Buy (add'l) | 7/13/2020 | J | | |
| 190. | | | | | Buy (add'l) | 7/14/2020 | J | | |
| 191. | | | | | Buy (add'l) | 7/28/2020 | J | | |
| 192. | | | | | Sold (partial) | 7/29/2020 | J | | |
| 193. | | | | | Sold | 7/30/2020 | J | C | |
| 194.  - PYPL Dec 18 2020 210.0 Call | | None | | | Buy | 11/9/2020 | J | | |
| 195. | | | | | Buy (add'l) | 11/9/2020 | J | | |
| 196. | | | | | Sold (partial) | 11/9/2020 | J | | |
| 197. | | | | | Sold | 11/23/2020 | J | B | |
| 198.  - PYPL Jul 17 2020 155.0 Call | | None | | | Buy | 5/27/2020 | J | | |
| 199. | | | | | Sold | 5/27/2020 | J | A | |
| 200.  - PYPL Jul 17 2020 170.0 Call | | None | | | Buy | 6/4/2020 | J | | |
| 201. | | | | | Buy (add'l) | 6/8/2020 | J | | |
| 202. | | | | | Sold | 6/9/2020 | J | A | |
| 203. | | | | | Buy | 6/11/2020 | J | | |
| 204. | | | | | Buy (add'l) | 6/11/2020 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 6/16/2020 | J | B | |
| 206.  - PYPL Jun 19 2020 150.0 Call | | None | | | Buy | 5/12/2020 | J | | |
| 207. | | | | | Sold | 5/14/2020 | J | B | |
| 208.  - PYPL Jun 19 2020 155.0 Call | | None | | | Buy | 5/15/2020 | J | | |
| 209. | | | | | Sold | 5/20/2020 | J | B | |
| 210. | | | | | Buy | 5/21/2020 | J | | |
| 211. | | | | | Sold | 5/22/2020 | J | A | |
| 212.  - PYPL May 15 2020 115.0 Call (X) | | None | | | Sold | 3/24/2020 | J | A | |
| 213.  - PYPL May 15 2020 125.0 Call (X) | | None | | | Sold | 4/22/2020 | J | A | |
| 214.  - PYPL Oct 16 2020 210.0 Call | | None | | | Buy | 10/2/2020 | J | | |
| 215. | | | | | Sold | 10/12/2020 | J | A | |
| 216.  - PYPL Oct 16 2020 240.0 Call (Y) | | None | | | Buy | 9/4/2020 | J | | |
| 217. | | | | | Buy | 9/10/2020 | J | | |
| 218.  - PYPL Sep 18 2020 215.0 Call | | None | | | Buy | 9/4/2020 | J | | |
| 219. | | | | | Sold | 9/4/2020 | J | A | |
| 220.  - PYPL Sep 18 2020 220.0 Call | | None | | | Buy | 7/30/2020 | J | | |
| 221. | | | | | Buy (add'l) | 8/4/2020 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (partial) | 8/4/2020 | J | B | |
| 223. | | | | | Sold | 8/5/2020 | J | A | |
| 224. | | | | | Buy | 8/10/2020 | J | | |
| 225. | | | | | Buy (add'l) | 8/11/2020 | J | | |
| 226. | | | | | Buy (add'l) | 8/18/2020 | J | | |
| 227. | | | | | Buy (add'l) | 8/19/2020 | J | | |
| 228. | | | | | Sold | 8/26/2020 | J | C | |
| 229. | | | | | Buy | 8/31/2020 | J | | |
| 230. | | | | | Sold | 9/1/2020 | J | A | |
| 231. | | | | | Buy | 9/2/2020 | J | | |
| 232. | | | | | Sold | 9/2/2020 | J | A | |
| 233. | | | | | Buy | 9/3/2020 | J | | |
| 234. | | | | | Buy (add'l) | 9/3/2020 | J | | |
| 235. | | | | | Sold | 9/3/2020 | J | B | |
| 236.   - ROCKET COMPANIES INC COM CL A (RKT) | | None | K | T | Buy | 9/1/2020 | J | | |
| 237. | | | | | Buy (add'l) | 9/3/2020 | J | | |
| 238. | | | | | Buy (add'l) | 9/21/2020 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/28/2020 | J | | |
| 240. | | | | | Buy (add'l) | 10/28/2020 | J | | |
| 241.  - RKT Dec 18 2020 22.0 Call (X) | | None | | | Sold | 11/24/2020 | J | B | |
| 242.  - RKT Nov 20 2020 22.5 Call (X) | | None | | | Sold | 11/6/2020 | J | B | |
| 243.  - STARBUCKS CORP (SBUX) | A | Dividend | | | Buy | 6/2/2020 | J | | |
| 244. | | | | | Buy (add'l) | 6/22/2020 | J | | |
| 245. | | | | | Buy (add'l) | 7/13/2020 | J | | |
| 246. | | | | | Sold (partial) | 9/21/2020 | K | B | |
| 247. | | | | | Sold | 11/10/2020 | J | B | |
| 248.  - SBUX Aug 21 2020 80.0 Call | | None | | | Buy | 6/22/2020 | J | | |
| 249. | | | | | Sold | 6/22/2020 | J | A | |
| 250.  - SBUX Jul 17 2020 85.0 Call (X) | | None | | | Sold | 6/15/2020 | J | A | |
| 251.  - ISHARES SILVER TR (SLV) | | None | | | Buy | 5/5/2020 | J | | |
| 252. | | | | | Buy (add'l) | 6/16/2020 | J | | |
| 253. | | | | | Sold (partial) | 7/13/2020 | J | A | |
| 254. | | | | | Sold | 7/13/2020 | J | B | |
| 255. | | | | | Buy | 7/30/2020 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 7/30/2020 | J | | |
| 257. | | | | | Sold (partial) | 7/30/2020 | J | | |
| 258. | | | | | Sold | 8/6/2020 | J | B | |
| 259. | | | | | Buy | 8/11/2020 | J | | |
| 260. | | | | | Sold | 8/18/2020 | J | A | |
| 261. - SLV Jan 15 2021 40.0 Call | None | J | T | | Buy | 9/3/2020 | J | | |
| 262. - SLV Nov 20 2020 40.0 Call (X) | None | | | | Sold | 8/26/2020 | J | A | |
| 263. - SLV Oct 16 2020 25.0 Call | None | | | | Buy | 9/21/2020 | J | | |
| 264. | | | | | Expired | 10/16/2020 | | | |
| 265. - SLV Sep 18 2020 30.0 Call | None | | | | Buy | 8/11/2020 | J | | |
| 266. | | | | | Expired | 9/18/2020 | | | |
| 267. - PROSHARES ULTRAPRO SHORT RU (SRTY) | None | J | T | | Buy | 11/16/2020 | J | | |
| 268. | | | | | Sold | 11/17/2020 | J | A | |
| 269. | | | | | Buy | 11/23/2020 | J | | |
| 270. | | | | | Buy (add'l) | 11/24/2020 | J | | |
| 271. | | | | | Buy (add'l) | 12/8/2020 | J | | |
| 272. - TELADOC HEALTH INC COM (TDOC) | None | K | T | | Buy | 8/7/2020 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 8/11/2020 | J | | |
| 274.  - TDOC Aug 21 2020 270.0 Call | | None | | | Buy | 8/5/2020 | J | | |
| 275. | | | | | Buy (add'l) | 8/5/2020 | J | | |
| 276. | | | | | Sold | 8/5/2020 | J | A | |
| 277.  - TDOC Jul 17 2020 220.0 Call | | None | | | Buy | 7/14/2020 | J | | |
| 278. | | | | | Sold | 7/15/2020 | J | A | |
| 279. | | | | | Buy | 7/16/2020 | J | | |
| 280. | | | | | Sold | 7/16/2020 | J | A | |
| 281.  - TDOC Sep 18 2020 300.0 Call | | None | | | Buy | 8/7/2020 | J | | |
| 282. | | | | | Expired | 9/18/2020 | | | |
| 283.  - TARGET CORP COM (TGT) | | None | K | T | Buy | 11/24/2020 | K | | |
| 284. | | | | | Buy (add'l) | 11/24/2020 | K | | |
| 285.  - TESLA INC (TSLA) | | None | | | Buy | 9/21/2020 | J | | |
| 286. | | | | | Buy (add'l) | 9/22/2020 | J | | |
| 287. | | | | | Buy (add'l) | 9/23/2020 | J | | |
| 288. | | | | | Buy (add'l) | 10/28/2020 | J | | |
| 289. | | | | | Buy (add'l) | 10/30/2020 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 11/24/2020 | K | D | |
| 291. - TSLA Aug 21 2020 1000.0 Put | | None | | | Buy | 7/8/2020 | J | | |
| 292. | | | | | Sold | 7/8/2020 | J | A | |
| 293. | | | | | Buy | 7/9/2020 | J | | |
| 294. | | | | | Sold | 7/10/2020 | J | | |
| 295. - TSLA Jan 15 2021 600.0 Call | | None | | | Buy | 11/20/2020 | J | | |
| 296. | | | | | Sold | 11/23/2020 | J | A | |
| 297. - TSLA Jul 17 2020 1500.0 Put | | None | | | Buy | 7/13/2020 | J | | |
| 298. | | | | | Sold | 7/13/2020 | J | A | |
| 299. - TAIWAN SEMICONDUCTOR MANUFA (TSM) | A | Dividend | J | T | Buy | 5/12/2020 | J | | |
| 300. | | | | | Sold (partial) | 11/23/2020 | J | C | |
| 301. - VELOCITYSHARES DAILY 2X VIX (TVIX) | | None | | | Buy | 6/23/2020 | J | | |
| 302. | | | | | Sold | 6/24/2020 | J | B | |
| 303. | | | | | Buy | 6/30/2020 | J | | |
| 304. | | | | | Sold | 7/1/2020 | J | | |
| 305. - WALMART INC (WMT) | | None | | | Buy | 9/1/2020 | J | | |
| 306. | | | | | Sold | 11/23/2020 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - SLACK TECHNOLOGIES INC COM CL A (WORK) | | None | | | Sold | 2/10/2020 | J | A | |
| 308. | | | | | Buy | 4/21/2020 | J | | |
| 309. | | | | | Sold | 7/13/2020 | J | A | |
| 310. - WHEATON PRECIOUS METALS COR (WPM) | | None | | | Buy | 7/21/2020 | J | | |
| 311. | | | | | Sold | 8/6/2020 | J | A | |
| 312. | | | | | Buy | 8/7/2020 | J | | |
| 313. | | | | | Sold | 8/7/2020 | J | | |
| 314. IRA #3 (H) | | | | | | | | | |
| 315. - E-TRADE BANK CASH ACCOUNT | A | Interest | K | T | | | | | |
| 316. - ADVANCED MICRO DEVICES INC COM (AMD) | | None | | | Buy | 6/22/2020 | J | | |
| 317. | | | | | Sold | 8/24/2020 | J | C | |
| 318. - CCL MAR 20 '20 $42.50 PUT (X) | | None | | | Sold | 2/24/2020 | J | A | |
| 319. - SALESFORCE.COM INC (CRM) | | None | K | T | Buy (add'l) | 9/4/2020 | J | | |
| 320. - CRM DEC 18 '20 $267.50 CALL (Y) | | None | | | Buy | 11/24/2020 | J | | |
| 321. - CRM JAN 15 '21 $250 CALL | | None | J | T | Buy | 12/2/2020 | J | | |
| 322. - CRISPR THERAPEUTICS AG (CRSP) | | None | K | T | Buy | 2/21/2020 | J | | |
| 323. | | | | | Buy (add'l) | 4/29/2020 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (partial) | 11/23/2020 | J | D | |
| 325.  - CRSP JAN 15 '21 $130 CALL (X) | | None | | | Sold | 11/30/2020 | J | | |
| 326.  - CRSP JAN 15 '21 $130 CALL (Y) | | None | | | Buy | 12/17/2020 | J | | |
| 327.  - CRSP JAN 15 '21 $150 CALL (X) | | None | | | Sold | 12/17/2020 | J | | |
| 328.  - CRSP JUL 17 '20 $85 CALL (Y) | | None | | | Buy | 7/8/2020 | J | | |
| 329.  - CRSP JUL 24 '20 $90 CALL (X) | | None | | | Sold | 7/8/2020 | J | A | |
| 330.  - FORD MOTOR COMPANY PAR $0.01 | A | Dividend | | | Buy (add'l) | 2/10/2020 | J | | |
| 331. | | | | | Sold | 4/27/2020 | J | | |
| 332.  - GLD APR 17 '20 $165 CALL | | | | | Buy | 2/25/2020 | J | | |
| 333. | | | | | Sold | 3/3/2020 | J | A | |
| 334.  - HARMONY GOLD MINING CO LTD SPONSORED ADR (HMY) | | None | J | T | Buy | 2/11/2020 | J | | |
| 335. | | | | | Sold | 2/19/2020 | J | A | |
| 336. | | | | | Buy | 5/26/2020 | J | | |
| 337. | | | | | Sold | 6/29/2020 | J | A | |
| 338. | | | | | Buy | 7/29/2020 | J | | |
| 339.  - KROGER CO (KR) | A | Dividend | J | T | Buy | 3/18/2020 | J | | |
| 340.  - LYFT INC CLASS A COMMON STOCK (LYFT) | | None | | | Buy | 2/12/2020 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 3/17/2020 | J | | |
| 342.  - MICRON TECHNOLOGY INC (MU) | | None | K | T | Buy (add'l) | 5/1/2020 | J | | |
| 343. | | | | | Buy (add'l) | 5/12/2020 | J | | |
| 344. | | | | | Buy (add'l) | 6/23/2020 | J | | |
| 345. | | | | | Sold (partial) | 11/23/2020 | J | D | |
| 346.  - PYPL APR 17 '20 $115 CALL (X) | | None | | | Sold | 3/19/2020 | J | A | |
| 347.  - PYPL AUG 21 '20 $200 CALL | | None | | | Buy | 7/13/2020 | J | | |
| 348. | | | | | Buy (add'l) | 7/14/2020 | J | | |
| 349. | | | | | Sold | 7/29/2020 | J | A | |
| 350.  - PYPL DEC 18 '20 $210 CALL | | None | | | Buy | 11/9/2020 | J | | |
| 351. | | | | | Sold | 11/23/2020 | J | A | |
| 352.  - PYPL MAY 15 '20 $115 CALL (X) | | None | | | Sold | 3/24/2020 | J | A | |
| 353.  - PYPL MAY 15 '20 $115 CALL (X) | | None | | | Sold | 4/6/2020 | J | A | |
| 354.  - PYPL OCT 16 '20 $240 CALL (Y) | | None | | | Buy | 9/3/2020 | J | | |
| 355. | | | | | Sold | 9/3/2020 | J | A | |
| 356. | | | | | Buy | 9/4/2020 | J | | |
| 357.  - PYPL SEP 18 '20 $220 CALL | | None | | | Buy | 8/4/2020 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 8/5/2020 | J | A | |
| 359. | | | | | Buy | 8/10/2020 | J | | |
| 360. | | | | | Buy (add'l) | 8/11/2020 | J | | |
| 361. | | | | | Buy (add'l) | 8/18/2020 | J | | |
| 362. | | | | | Sold | 8/26/2020 | J | B | |
| 363. - RH COM | | None | | | Buy | 1/10/2020 | K | | |
| 364. | | | | | Sold | 6/22/2020 | K | A | |
| 365. - RH JUN 19 '20 $200 CALL (X) | | None | | | Sold | 5/21/2020 | J | B | |
| 366. - SIX FLAGS ENTERTAINMENT CORPORATION NEW (SIX) | | None | | | Buy | 1/10/2020 | J | | |
| 367. | | | | | Sold | 1/16/2020 | J | A | |
| 368. - ISHARES SILVER SHARES (SLV) | | None | | | Buy | 7/23/2020 | J | | |
| 369. | | | | | Sold | 8/18/2020 | J | B | |
| 370. - TDOC MAR 20 '20 $140 CALL | | None | | | Buy | 3/12/2020 | J | | |
| 371. | | | | | Sold | 3/16/2020 | J | B | |
| 372. - TESLA INC COMMON STOCK (TSLA) | | None | | | Sold (partial) | 2/3/2020 | J | D | |
| 373. | | | | | Sold (partial) | 2/4/2020 | J | C | |
| 374. | | | | | Buy (add'l) | 2/5/2020 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 4/14/2020 | J | B | |
| 376. - SLACK TECHNOLOGIES INC CLASS A COMMON STOCK (WORK) | | None | | | Buy (add'l) | 1/24/2020 | J | | |
| 377. | | | | | Sold (partial) | 12/21/2020 | J | A | |
| 378. | | | | | Sold | 12/22/2020 | J | B | |
| 379. - WORK APR 17 '20 $27 CALL (X) | | None | | | Sold | 3/17/2020 | J | A | |
| 380. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 381. - SPDR GOLD TR GOLD SHS | | None | | | Sold | 4/14/2020 | J | A | |
| 382. - ISHARES SILVER SHARES | | None | J | T | Buy | 4/14/2020 | J | | |
| 383. | | | | | Sold (partial) | 7/21/2020 | J | A | |
| 384. - HARMONY GOLD MNG LTD ADR NEW (HMY) | | None | J | T | Buy | 7/21/2020 | J | | |
| 385. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 386. - TD AMERITRADE CASH ACCOUNT | A | Interest | J | T | | | | | |
| 387. - APPLE INC COM | A | Dividend | J | T | Buy | 8/31/2020 | J | | |
| 388. - ALASKA AIR GROUP INC COM (ALK) | A | Dividend | | | Sold | 2/21/2020 | J | | |
| 389. - AMD Jul 17 2020 60.0 Call | | None | | | Buy | 6/4/2020 | J | | |
| 390. | | | | | Sold | 6/9/2020 | J | A | |
| 391. - BAC Apr 17 2020 20.0 Call | | None | | | Buy | 3/23/2020 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 3/24/2020 | J | A | |
| 393. - CCL Apr 17 2020 25.0 Put (X) | | None | | | Sold | 3/5/2020 | J | A | |
| 394. - CORNERSTONE STRATEGIC VALUE COM | A | Dividend | | | Sold | 3/26/2020 | J | | |
| 395. - COSTCO WHOLESALE CORP COM (COST) | A | Dividend | | | Buy | 1/10/2020 | J | | |
| 396. | | | | | Sold | 7/9/2020 | J | A | |
| 397. - CRM Dec 18 2020 240.0 Call | | None | | | Buy | 12/2/2020 | J | | |
| 398. | | | | | Buy (add'l) | 12/2/2020 | J | | |
| 399. | | | | | Buy (add'l) | 12/3/2020 | J | | |
| 400. | | | | | Buy (add'l) | 12/9/2020 | J | | |
| 401. | | | | | Expired | 12/18/2020 | | | |
| 402. - CRM Jan 15 2021 250.0 Call | | None | J | T | Buy | 12/9/2020 | J | | |
| 403. - CRISPR THERAPEUTICS AG COM (CRSP) | | None | K | T | Buy | 2/21/2020 | J | | |
| 404. - CRSP Dec 18 2020 110.0 Call (Y) | | None | | | Buy | 12/17/2020 | J | | |
| 405. - CISCO SYSTEMS INC COM (CSCO) | A | Dividend | J | T | Buy | 8/19/2020 | J | | |
| 406. - DAL Apr 17 2020 45.0 Put | | None | | | Buy | 3/4/2020 | J | | |
| 407. | | | | | Sold | 3/5/2020 | J | A | |
| 408. - DIAMOND EAGLE ACQUISITION CORP COM CL A (DEAC) (Y) | | None | | | Buy | 1/2/2020 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - DRAFTKINGS INC COM CL A (DKNG) (X) | None | | | | Sold | 12/21/2020 | J | C | |
| 410. - GLD Apr 17 2020 165.0 Call | None | | | | Buy | 3/12/2020 | J | | |
| 411. | | | | | Sold | 3/17/2020 | J | B | |
| 412. - GLD May 15 2020 200.0 Call (X) | None | | | | Sold | 4/6/2020 | J | A | |
| 413. - HD Jun 19 2020 270.0 Call (Y) | None | | | | Buy | 5/18/2020 | J | | |
| 414. - HARMONY GOLD MINING CO ADR SPONSORED (HMY) | None | J | T | | Buy | 8/27/2020 | J | | |
| 415. - KR Apr 17 2020 35.0 Call (X) | None | | | | Sold | 3/18/2020 | J | A | |
| 416. - MAR May 15 2020 55.0 Put | None | | | | Buy | 4/8/2020 | J | | |
| 417. | | | | | Expired | 5/15/2020 | | | |
| 418. - MU Jul 17 2020 50.0 Call | None | | | | Buy | 5/28/2020 | J | | |
| 419. | | | | | Buy (add'l) | 6/1/2020 | J | | |
| 420. | | | | | Sold | 6/3/2020 | J | A | |
| 421. - MU Jul 17 2020 60.0 Call | None | | | | Buy | 6/9/2020 | J | | |
| 422. | | | | | Expired | 7/17/2020 | | | |
| 423. - NIKOLA CORPORATION COM (NKLA) | None | | | | Buy | 7/24/2020 | J | | |
| 424. | | | | | Sold | 8/4/2020 | J | A | |
| 425. - PYPL Apr 17 2020 115.0 Call | None | | | | Buy | 3/13/2020 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 3/13/2020 | J | A | |
| 427. | | | | | Buy | 3/17/2020 | J | | |
| 428. | | | | | Sold | 3/19/2020 | J | A | |
| 429.  - PYPL Aug 21 2020 200.0 Call | | None | | | Buy | 6/29/2020 | J | | |
| 430. | | | | | Sold | 7/1/2020 | J | B | |
| 431. | | | | | Buy | 7/23/2020 | J | | |
| 432. | | | | | Sold | 7/29/2020 | J | A | |
| 433.  - PYPL Aug 21 2020 210.0 Call | | None | | | Buy | 7/10/2020 | J | | |
| 434. | | | | | Sold (partial) | 7/29/2020 | J | A | |
| 435. | | | | | Sold | 7/30/2020 | J | A | |
| 436.  - PYPL Dec 18 2020 210.0 Call | | None | | | Buy | 11/9/2020 | J | | |
| 437. | | | | | Sold | 11/12/2020 | J | A | |
| 438. | | | | | Buy | 11/12/2020 | J | | |
| 439. | | | | | Sold | 11/20/2020 | J | A | |
| 440.  - PYPL Jul 17 2020 155.0 Call | | None | | | Buy | 5/27/2020 | J | | |
| 441. | | | | | Sold | 5/27/2020 | J | A | |
| 442.  - PYPL Jul 17 2020 165.0 Call | | None | | | Buy | 6/8/2020 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 6/9/2020 | J | A | |
| 444.  - PYPL Jun 19 2020 155.0 Call (X) | | None | | | Sold | 5/20/2020 | J | A | |
| 445.  - PYPL Jun 19 2020 160.0 Call (X) | | None | | | Sold | 5/26/2020 | J | A | |
| 446. | | | | | Buy | 6/12/2020 | J | | |
| 447. | | | | | Sold | 6/16/2020 | J | B | |
| 448.  - PYPL Jun 19 2020 165.0 Call (X) | | None | | | Sold | 6/11/2020 | J | A | |
| 449.  - PYPL May 15 2020 115.0 Call (X) | | None | | | Sold (partial) | 4/6/2020 | J | A | |
| 450. | | | | | Sold | 4/6/2020 | J | A | |
| 451.  - PYPL May 15 2020 125.0 Call (X) | | None | | | Sold | 4/22/2020 | J | A | |
| 452. | | | | | Sold | 4/29/2020 | J | A | |
| 453.  - PYPL Oct 16 2020 210.0 Call (X) | | None | | | Sold | 10/12/2020 | J | A | |
| 454.  - PYPL Oct 16 2020 240.0 Call | | None | | | Buy | 8/27/2020 | J | | |
| 455. | | | | | Sold | 9/1/2020 | J | A | |
| 456.  - PYPL Oct 16 2020 240.0 Call (Y) | | None | | | Buy | 9/4/2020 | J | | |
| 457.  - PYPL Sep 18 2020 220.0 Call | | None | | | Buy | 7/30/2020 | J | | |
| 458. | | | | | Sold | 8/3/2020 | J | A | |
| 459. | | | | | Buy | 8/4/2020 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold | 8/5/2020 | J | A | |
| 461. | | | | | Buy | 8/7/2020 | J | | |
| 462. | | | | | Buy (add'l) | 8/14/2020 | J | | |
| 463. | | | | | Buy (add'l) | 8/18/2020 | J | | |
| 464. | | | | | Buy (add'l) | 8/19/2020 | J | | |
| 465. | | | | | Sold | 8/26/2020 | J | C | |
| 466. | | | | | Buy | 8/31/2020 | J | | |
| 467. | | | | | Sold | 9/1/2020 | J | | |
| 468. | | | | | Buy | 9/2/2020 | J | | |
| 469. | | | | | Sold | 9/2/2020 | J | A | |
| 470. | | | | | Buy | 9/3/2020 | J | | |
| 471. | | | | | Sold | 9/3/2020 | J | A | |
| 472. - SIX FLAGS ENT CORP NEW COM (SIX) | None | | | | Buy | 1/10/2020 | J | | |
| 473. | | | | | Sold | 1/16/2020 | J | A | |
| 474. - SIX Jun 19 2020 20.0 Call (X) | None | | | | Sold | 4/14/2020 | J | | |
| 475. - ISHARES SILVER TRUST ISHARES ETF (SLV) | None | | | | Buy | 7/28/2020 | J | | |
| 476. | | | | | Buy (add'l) | 7/30/2020 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold | 8/6/2020 | J | A | |
| 478.  - SNAP INC COM CL A | | None | | | Buy | 2/4/2020 | J | | |
| 479. | | | | | Buy (add'l) | 2/5/2020 | J | | |
| 480. | | | | | Sold | 3/3/2020 | J | | |
| 481.  - TDOC Apr 17 2020 170.0 Call | | None | | | Buy | 4/7/2020 | J | | |
| 482. | | | | | Sold | 4/15/2020 | J | A | |
| 483.  - TDOC Aug 21 2020 270.0 Call | | None | | | Buy | 8/5/2020 | J | | |
| 484. | | | | | Sold | 8/5/2020 | J | A | |
| 485.  - TAIWAN SEMICONDUCTOR ADR SPONSORED (TSM) | A | Dividend | | | Buy (add'l) | 7/10/2020 | J | | |
| 486. | | | | | Sold | 11/23/2020 | J | C | |
| 487.  - SLACK TECHNOLOGIES INC COM CL A (WORK) | | None | | | Buy | 4/21/2020 | J | | |
| 488. | | | | | Sold | 7/20/2020 | J | A | |
| 489. BROKERAGE ACCOUNT #5 (H) | | | | | | | | | |
| 490.  - Coca Cola Co | A | Dividend | J | T | | | | | |
| 491. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 492.  - TD AMERITRADE CASH ACCOUNT (X) | A | Interest | K | T | | | | | |
| 493.  - ROYAL DUTCH SHELL ADR SPONSORED | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - CORNERSTONE STRATEGIC VALUE COM (CLM) | A | Dividend | | | Sold | 4/7/2020 | J | | |
| 495. - CRM Dec 18 2020 240.0 Call | | None | | | Buy | 12/2/2020 | J | | |
| 496. | | | | | Sold | 12/3/2020 | J | A | |
| 497. | | | | | Buy | 12/3/2020 | J | | |
| 498. | | | | | Sold | 12/4/2020 | J | A | |
| 499. | | | | | Buy | 12/8/2020 | J | | |
| 500. | | | | | Expired | 12/18/2020 | | | |
| 501. - MU Jul 17 2020 50.0 Call | | None | | | Buy | 6/1/2020 | J | | |
| 502. | | | | | Sold | 6/3/2020 | J | A | |
| 503. - PYPL Aug 21 2020 200.0 Call | | None | | | Buy | 7/13/2020 | J | | |
| 504. | | | | | Buy (add'l) | 7/21/2020 | J | | |
| 505. | | | | | Sold | 7/22/2020 | J | A | |
| 506. | | | | | Buy | 7/23/2020 | J | | |
| 507. | | | | | Sold | 7/29/2020 | J | A | |
| 508. - PYPL Dec 18 2020 200.0 Call | | None | | | Buy | 11/3/2020 | J | | |
| 509. | | | | | Sold | 11/3/2020 | J | B | |
| 510. - PYPL Dec 18 2020 210.0 Call | | None | | | Buy | 11/9/2020 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 11/17/2020 | J | | |
| 512. | | | | | Buy (add'l) | 11/18/2020 | J | | |
| 513. | | | | | Sold | 11/23/2020 | J | B | |
| 514.  - PYPL Oct 16 2020 220.0 Call (Y) | | None | | | Buy | 9/11/2020 | J | | |
| 515.  - PYPL Sep 18 2020 215.0 Call | | None | | | Buy | 9/4/2020 | J | | |
| 516. | | | | | Sold | 9/4/2020 | J | A | |
| 517.  - PYPL Sep 18 2020 220.0 Call | | None | | | Buy | 8/10/2020 | J | | |
| 518. | | | | | Buy (add'l) | 8/18/2020 | J | | |
| 519. | | | | | Sold (partial) | 8/26/2020 | J | A | |
| 520. | | | | | Sold | 8/26/2020 | J | A | |
| 521. | | | | | Buy | 8/31/2020 | J | | |
| 522. | | | | | Sold | 9/1/2020 | J | A | |
| 523. | | | | | Buy | 9/3/2020 | J | | |
| 524. | | | | | Sold | 9/3/2020 | J | A | |
| 525.  - ROCKET COMPANIES INC COM CL A (RKT) | | None | | | Buy | 12/4/2020 | J | | |
| 526. | | | | | Sold | 12/9/2020 | J | A | |
| 527.  - ISHARES SILVER TRUST ISHARES ETF (SLV) | | None | | | Buy | 7/28/2020 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 7/29/2020 | J | | |
| 529. | | | | | Buy (add'l) | 7/30/2020 | J | | |
| 530. | | | | | Sold | 8/6/2020 | J | B | |
| 531. - SLV Sep 18 2020 26.0 Call (X) | | None | | | Sold | 9/10/2020 | J | A | |
| 532. - PROSHARES TRUST ULTPTO SHT 2017 ETF (SRTY) | | None | | | Buy | 11/24/2020 | J | | |
| 533. | | | | | Sold | 11/30/2020 | J | A | |
| 534. - SLACK TECHNOLOGIES INC COM CL A (WORK) | | None | | | Sold | 12/17/2020 | J | | |
| 535. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 536. - ROYAL DUTCH SHELL ADR SPONSORED | A | Dividend | J | T | | | | | |
| 537. - AMD Aug 21 2020 60.0 Call | | None | | | Buy | 7/10/2020 | J | | |
| 538. | | | | | Sold | 7/13/2020 | J | A | |
| 539. - CORNERSTONE STRATEGIC VALUE COM (CLM) | A | Dividend | | | Sold | 4/9/2020 | J | | |
| 540. - CRM Dec 18 2020 240.0 Call | | None | | | Buy | 12/2/2020 | J | | |
| 541. | | | | | Buy (add'l) | 12/8/2020 | J | | |
| 542. | | | | | Expired | 12/18/2020 | | | |
| 543. - DRAFTKINGS INC COM CL A (DKNG) | | None | J | T | Buy | 10/30/2020 | J | | |
| 544. - GLD Apr 17 2020 165.0 Call (X) | | None | | | Sold | 3/3/2020 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  - PYPL Aug 21 2020 200.0 Call (X) | | None | | | Sold | 7/1/2020 | J | A | |
| 546.  - PYPL Aug 21 2020 200.0 Call | | None | | | Buy | 7/28/2020 | J | | |
| 547. | | | | | Sold | 7/29/2020 | J | A | |
| 548.  - PYPL Dec 18 2020 210.0 Call | | None | | | Buy | 11/9/2020 | J | | |
| 549. | | | | | Sold | 11/23/2020 | J | A | |
| 550.  - PYPL Oct 16 2020 210.0 Call | | None | | | Buy | 9/16/2020 | J | | |
| 551. | | | | | Sold | 9/22/2020 | J | A | |
| 552.  - PYPL Sep 18 2020 215.0 Call | | None | | | Buy | 9/4/2020 | J | | |
| 553. | | | | | Sold | 9/4/2020 | J | A | |
| 554.  - PYPL Sep 18 2020 220.0 Call | | None | | | Buy | 8/4/2020 | J | | |
| 555. | | | | | Sold | 8/5/2020 | J | A | |
| 556. | | | | | Buy | 8/10/2020 | J | | |
| 557. | | | | | Buy (add'l) | 8/18/2020 | J | | |
| 558. | | | | | Sold | 8/26/2020 | J | A | |
| 559. | | | | | Buy | 8/31/2020 | J | | |
| 560. | | | | | Sold | 9/1/2020 | J | A | |
| 561. | | | | | Buy | 9/3/2020 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold | 9/3/2020 | J | A | |
| 563.  - ISHARES SILVER TRUST ISHARES ETF (SLV) | | None | | | Buy | 3/12/2020 | J | | |
| 564. | | | | | Sold | 5/18/2020 | J | A | |
| 565. | | | | | Buy | 7/30/2020 | J | | |
| 566. | | | | | Sold | 8/6/2020 | J | A | |
| 567. | | | | | Buy | 8/11/2020 | J | | |
| 568. | | | | | Sold | 8/18/2020 | J | A | |
| 569.  - SLV Oct 16 2020 24.0 Call (Y) | | None | | | Buy | 9/22/2020 | J | | |
| 570.  - SLV Sep 18 2020 26.0 Call (Y) | | None | | | Buy | 9/10/2020 | J | | |
| 571.  - TAIWAN SEMICONDUCTOR MANUFACTU ADR SPONSORED (TSM) | A | Dividend | J | T | Buy | 5/22/2020 | J | | |
| 572.  529 PLAN #2 (H) | | | | | | | | | |
| 573.  - Vanguard Total Stock Market Index | A | Dividend | K | T | | | | | |
| 574.  - Vanguard Institutional Index | A | Dividend | J | T | | | | | |
| 575.  - Vanguard Growth Index | A | Dividend | K | T | | | | | |
| 576.  - Vanguard International Growth | A | Dividend | J | T | | | | | |
| 577.  - Vanguard Emerging Markets Stock Index (X) | A | Dividend | J | T | | | | | |
| 578.  - FDIC-Insured Accounts | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. 529 PLAN #3 (H) | | | | | | | | | |
| 580. - Vanguard Growth Index | A | Dividend | K | T | | | | | |
| 581. - Vanguard Mid-Cap Index | A | Dividend | K | T | | | | | |
| 582. - Vanguard Small-Cap Index | A | Dividend | K | T | | | | | |
| 583. - Vanguard International Growth | A | Dividend | K | T | | | | | |
| 584. - DFA Global Equity Portfolio | A | Dividend | K | T | | | | | |
| 585. - FDIC-Insured Accounts (X) | A | Dividend | K | T | | | | | |
| 586. GOLDMAN SACHS BANK CASH ACCOUNT | A | Interest | L | T | | | | | |
| 587. IRA #4 (H) | | | | | | | | | |
| 588. - CRM Dec 18 2020 240.0 Call | | None | | | Buy | 12/2/2020 | J | | |
| 589. | | | | | Buy (add'l) | 12/8/2020 | J | | |
| 590. | | | | | Buy (add'l) | 12/9/2020 | J | | |
| 591. | | | | | Expired | 12/18/2020 | | | |
| 592. - DRAFTKINGS INC CL A (DKNG) | | None | | | Buy | 9/10/2020 | J | | |
| 593. | | | | | Sold | 9/16/2020 | J | A | |
| 594. - MU Jul 17 2020 50.0 Call (X) | | None | | | Sold | 6/3/2020 | J | A | |
| 595. - PYPL Aug 21 2020 200.0 Call (X) | | None | | | Sold | 6/30/2020 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596.  - PYPL Aug 21 2020 210.0 Call | | None | | | Buy | 7/10/2020 | J | | |
| 597. | | | | | Buy (add'l) | 7/16/2020 | J | | |
| 598. | | | | | Sold | 7/30/2020 | J | B | |
| 599.  - PYPL Dec 18 2020 200.0 Call | | None | | | Buy | 11/3/2020 | J | | |
| 600. | | | | | Sold (partial) | 11/4/2020 | J | B | |
| 601. | | | | | Sold | 11/5/2020 | J | A | |
| 602.  - PYPL Dec 18 2020 210.0 Call | | None | | | Buy | 11/9/2020 | J | | |
| 603. | | | | | Buy (add'l) | 11/17/2020 | J | | |
| 604. | | | | | Sold | 11/23/2020 | J | A | |
| 605.  - PYPL Jul 17 2020 170.0 Call | | None | | | Buy | 6/12/2020 | J | | |
| 606. | | | | | Sold | 6/17/2020 | J | B | |
| 607.  - PYPL May 15 2020 125.0 Call (X) | | None | | | Sold | 4/29/2020 | J | A | |
| 608.  - PYPL Oct 16 2020 210.0 Call | | None | | | Buy | 9/14/2020 | J | | |
| 609. | | | | | Sold | 9/30/2020 | J | A | |
| 610.  - PYPL Sep 18 2020 215.0 Call | | None | | | Buy | 9/4/2020 | J | | |
| 611. | | | | | Sold | 9/4/2020 | J | A | |
| 612.  - PYPL Sep 18 2020 220.0 Call | | None | | | Buy | 7/30/2020 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. | | | | | Buy (add'l) | 7/30/2020 | J | | |
| 614. | | | | | Sold | 8/3/2020 | J | A | |
| 615. | | | | | Buy | 8/4/2020 | J | | |
| 616. | | | | | Sold | 8/5/2020 | J | A | |
| 617. | | | | | Buy | 8/7/2020 | J | | |
| 618. | | | | | Buy (add'l) | 8/10/2020 | J | | |
| 619. | | | | | Buy (add'l) | 8/14/2020 | J | | |
| 620. | | | | | Buy (add'l) | 8/18/2020 | J | | |
| 621. | | | | | Sold | 8/26/2020 | J | B | |
| 622. | | | | | Buy | 8/31/2020 | J | | |
| 623. | | | | | Sold | 9/1/2020 | J | A | |
| 624. | | | | | Buy | 9/3/2020 | J | | |
| 625. | | | | | Buy (add'l) | 9/3/2020 | J | | |
| 626. | | | | | Sold | 9/3/2020 | J | B | |
| 627. - ROYAL DUTCH SHELL | A | Dividend | J | T | Buy | 4/30/2020 | J | | |
| 628. - ROCKET COMPANIES INC CL A (RKT) | | None | | | Buy | 10/28/2020 | J | | |
| 629. | | | | | Buy (add'l) | 10/30/2020 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold | 11/4/2020 | J | A | |
| 631.  - ISHARES SILVER TR (SLV) | | None | | | Buy | 8/11/2020 | J | | |
| 632. | | | | | Sold | 8/18/2020 | J | A | |
| 633. | | | | | Buy | 11/9/2020 | J | | |
| 634. | | | | | Sold | 12/17/2020 | J | A | |
| 635.  - SLV Sep 18 2020 25.0 Call (X) | | None | | | Sold | 9/8/2020 | J | A | |
| 636.  - PROSHARES TRUST ULTPRO SHT 2017 ETF | | None | J | T | Buy | 11/24/2020 | J | | |
| 637. | | | | | Buy (add'l) | 12/8/2020 | J | | |
| 638.  - TSM Jul 17 2020 55.0 Call | | None | | | Buy | 5/22/2020 | J | | |
| 639. | | | | | Sold | 5/26/2020 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 06/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 3, 61, 492 - The TD Ameritrade cash account balances rose above the reporting threshold for this period.

Part VII - Except for accounts noted cash or bank, investments noted (X) were purchased in amounts below the reporting threshold.

Part VII, Lines 29, 40, 79, 123, 216, 320, 326, 328, 354, 404, 408, 413, 456, 514, 569, 570 - Investments noted (Y) were bought and sold during the current period. The buy amounts were above the reporting threshold, but sold in amounts below the reporting threshold, no sale information required.

Part VII, Lines 22, 74, 106, 121, 170, 264, 266, 282, 401, 417, 422, 500, 542, 591 - No value code is provided in Column D(3) as the investments are options that expired.

Part VII, Lines 572-585 – Reports for 529 Plans #2 and #3 do not give information concerning purchases and sales of assets. As such, only FMV and dividend income information is provided. If an asset is new it is marked (X) and if the asset is no longer in the account it is marked (Y).

Part VII, Line 587 - IRA #4 is new for the reporting period. ▮▮▮▮▮ Thrift Savings Plan was rolled into IRA #2 and IRA #4.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bessie M. Creswell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544